UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ETRAILER CORP.

*Plaintiff*

v.

UNBEATABLESALE.COM, INC. et al.

*Defendant*

Civil Action No. 3:21-cv-10172-ZNQ-LHG

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Third-Party Defendant Integrated Supply Network, LLC, certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

International Supply Network, LLC ("ISN"), incorrectly named as International Supply Network, Inc., is wholly owned by ISN Holding Corp. No publicly-traded company owns 10% of ISN.

## OR

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/Elizabeth Seidlin-Bernstein
Signature of Attorney

1735 Market St., 51st Fl.
Address

Philadelphia, PA 19103
City/State/Zip

08/26/2022
Date

DNJ-CMECF-005 (10/2018)